■ Rosedale Lend, LLC, Respondent, v Emily Kanterakis, Defendant, and Bernard Duffy et al., Appellants. [54 NYS3d 321]—Appeal from an order of the Supreme Court, Queens County (Rudolph E. Greco, Jr., J.), dated April 20, 2015. The order, insofar as appealed from, denied that branch of the motion of the defendants Bernard Duffy and Capital One Bank which was pursuant to CPLR 3211 (a) (5) and (7) to dismiss the complaint insofar as asserted against them.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

In light of our determination on the related appeal decided herewith (*Kanterakis v Minos Realty I, LLC*, 151 AD3d 950 [2017]), this appeal has been rendered academic. Rivera, J.P., Leventhal, Austin and Cohen, JJ., concur.